UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-7971-SVW-JEM | Date | November 7, 2013 |
|---|---|---|---|
| Title | Tessa Owen v. Fresh, Inc., et al. | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|

| Paul M. Cruz | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| N/A | N/A |

**Proceedings:**  IN CHAMBERS ORDER GRANTING Plaintiff's Amended Motion for Attorneys' Fees and Costs and Incentive Award [Dkt 41]

  Having read and considered plaintiff's amended and unopposed motion for attorneys' fees [Dkt 41] and reviewed the additional authority submitted by plaintiff [Dkt 45], the Court concludes that plaintiff's request for attorneys' fees and reimbursement of costs in the amount of $145,000 is just and reasonable.  Plaintiff's counsel does not seek compensation based on the value of coupon relief in this case, but rather seeks fees using a lodestar analysis based on the provision of equitable relief in the class settlement.  *See* 28 U.S.C. §§ 1712(b)(1) & (c)(2) (Portion of attorney's fee based on obtaining equitable relief "shall be based upon the amount of time class counsel reasonably expended working on the action.")

  Plaintiff has submitted adequate documentation of the hours expended and costs incurred by counsel.  The billing records evidence a base lodestar figure of $174,322.50 in fees (316.95 hours at $550 per hour) plus $2,520.61 in costs for a total base figure of $176,843.11.  No multiplier is required to reach the lesser amount of $145,000 requested by plaintiff.  The Court finds plaintiff's hours figure to be reasonable and justified by adequately detailed descriptions of the work performed, and the $550 hourly rate to be reasonable and commensurate with hourly rates approved in other class action cases under the Song-Beverly Credit Card Act, California Civil Code § 1747.08.  The Court further finds the costs incurred by plaintiff (filing fees, court reporter fees, messenger fees, and copying charges) to be reasonable and necessary to the prosecution of the action.  The Court therefore approves the $145,000 amount in fees and costs without reduction.  Defendant shall pay this amount to plaintiff's counsel, Wucetich & Korovilas LLP, in accordance with the Settlement Agreement.

  The Court also finds the request for an incentive award to plaintiff Tessa Owen in the amount of

| | : | |
|---|---|---|
| | Initials of Preparer | PMC |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:12-cv-7971-SVW-JEM | Date | November 7, 2013 |
|---|---|---|---|
| Title | Tessa Owen v. Fresh, Inc., et al. | | |

$2,500 to be just and reasonable. This amount is commensurate with incentive awards previously approved for named plaintiffs in other Song-Beverly class action settlements. Defendants shall therefore pay this amount to plaintiff in accordance with the Settlement Agreement.

For the foregoing reasons, plaintiff's amended motion for fees and costs is hereby GRANTED.

:

Initials of Preparer       PMC